# IN THE SUPREME COURT OF PENNSYLVANIA

In the Matter of

MILES K. KARSON, JR.

: No. 2570 Disciplinary Docket No. 3
:
: Board File No. C4-16-957
:
: (Mercer County Court of Common Pleas,
: No. CP-43-CR-2154-2017)
:
: Attorney Registration No. 20916
:
: (Mercer County)

## ORDER

**PER CURIAM**

**AND NOW**, this 11th day of March, 2019, having indicated that he has no objection to being placed on temporary suspension, the Rule is made absolute, and Miles K. Karson, Jr., is temporarily suspended. *See* Pa.R.D.E. 214(d)(2). He shall comply with all the provisions of Pa.R.D.E. 217.